FILED
2015 Aug-07 PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ANNE ORTEGON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 4:15-cv-00477-VEH |
| MIDLAND FUNDING, LLC; ) | |
| MIDLAND CREDIT ) | |
| MANAGEMENT, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Anne Ortegon and Defendants Midland Funding, LLC and Midland Credit Management, Inc., by and through their attorneys of record, jointly agree and stipulate that this action, including any and all claims and counterclaims, shall be dismissed with prejudice, costs taxed as paid.

Dated: August 7, 2015.

> /s/ James V. Seal
> One of the Attorneys for Plaintiff

**OF COUNSEL:**
James Vercell Seal
Chad Arthur Hanson
SEAL HANSON LLC
Post Office Box 756
Birmingham, Alabama 35201

1402083.1

                                                */s/ Jason B. Tompkins*
                                                One of the Attorneys for Defendants

**OF COUNSEL:**
Jason B. Tompkins
Thomas R. DeBray, Jr.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

## CERTIFICATE OF SERVICE

      I, the undersigned counsel, do hereby certify that I have this 7th day of August, 2015, filed the foregoing pleading with the Clerk of Court using the ECF system which sent notification of such filing to counsel listed below:

James Vercell Seal
Chad Arthur Hanson
SEAL HANSON LLC
Post Office Box 756
Birmingham, Alabama 35201

                                                */s/ Jason B. Tompkins*
                                                Of Counsel